(Rev. 4/97)

# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

08-034

Timothy L. Williams
(Enter above the full name of the plaintiff in this action)

V.

State of Delaware

(Enter above the full name of the defendant(s) in this action

FILED
2008 JAN 16 AM 10:07
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
      YES [ ]   NO [✓]

   B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1. Parties to this previous lawsuit

      Plaintiffs  NON-Applicable.

      Defendants  NON-Applicable

2. Court (if federal court, name the district; if state court, name the county)

_Non - Applicable_

3. Docket number _Non - Applicable_

4. Name of judge to whom case was assigned _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. A. Is there a prisoner grievance procedure in this institution? Yes [✓] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [✓] No [ ]

C. If your answer is YES,

1. What steps did you take? _filed several grievances on paper and turned them in to the grievance Box, while I was Incarcerated._

2. What was the result? _unsatisfactory Results no grievance Hearing was ever scheduled for me._

D. If your answer is NO, explain why not

_N/A_

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [ ] No [ ]

F. If your answer is YES,

1. What steps did you take? _N/A_

2. What was the result? _N/A_

-2-

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff Timothy L. Williams

Address 534 Center Street Laurel, DE. 19956

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant State of Delaware is employed as _____

at State of Delaware Facility (SCI)

C. Additional Defendants Correctional medical services, Nurse Danielle Shockley, Nurse Vicky Warden George Employed at SCI LT. Blades - Employed at SCI SGT. Millmen, Judge. Pamela Holloway ; Family Court. Lisa K. Hudson - Probation officer.

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

Nurse Danielle Shockley - Negligent behavior. I had a medical condition and she failed to provide proper medical treatment and then she proceeded by writing me up to Discourage me from filing medical forms to be seen by the Doctor.

-3-

V.  Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I would like the court to give me a Hearing to have each one of the Defendants answer before the court. I am seeking out compensation for negligent Mistreatment, Pain and suffering

Signed this __1__ day of __08__, 19 2008

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

__1/8/08__        _____
Date                (Signature of Plaintiff)

ORIGINAL    08-034

Statement of claim continued.
Nurse Dickey  Negligent behavior and she also failed to provide proper medical treatment for a Documented medical condition. then she proceeded to Defame my character by telling me I was not really in Pain and all I wanted was Narcotics. and she did not want to give me the medicine that was prescribed for me. and when she accused me of only wanting Narcotics I refused the medication and she threatened to write me up if I did not take the medicine,

Warden George: He Isolated me so I could Not have contact. or make phone calls after I had sustained injury. He put me in Solitary confinement.

Judge Pamela Holloway. failed to provide me a court Hearing in a timely manner. I was Incarcerated for 2 months before I got a court Hearing. People such as my wife. Had to keep calling the court just to get me a Hearing.

Statement of claim Continued.
Lisa K. Hudson Probation Officer. Defamation of Character, Slander. She had me falsely arrested by saying I was a threat to myself and to the society because she stated I was on a cocaine and alcohol Binge which was not true. She stated I was Dirty with Cocaine in my urine. However when I asked to see the results she refused to show them to me. and she had me arrested. and I was Incarcerated. and put on work Detail at SCI knowing that I had a Doctors Certificate Certifying that under no Circumstances Could I work. or lift anything, no long periods of standing. and they put me on work Detail and I was injured two times which aggravated my preexisting medical condition making it worse. I will be able to provide Specific dates and times of injury when Necessary.

Statement of claim continued.
LT. Blaze - Abusive behavior. Stated that if I did not get up and walk after I had told him I could barely move. that he was going to Mase me to make me get up and walk. He threatned this several times. and I had a note from the medical Department at SCI that I was to be on bedrest.

Sgt. Millmen - Abusive behavior He threatned to Drag me Down the Hall several occasions after LT. Blaze threatned to Mase me on several occasions.

In fear of being mased and beat I got up in severe pain and barely moving Dragging myself. to the Cafeteria. even though they knew I had a note from their Medical Department Putting me on Bedrest.

From: Timothy Williams
534 Center St
Laurel De, 19756

7007 1490 0003 2444 0184




U.S. POSTAGE
PAID
GEORGETOWN, DE
19947
JAN 08, 08
AMOUNT
$6.28
00007273-07

ReadyPost.
Utility Mailer

To: Off of the Clerk
United States District Court
844 N. King St., Lock Box 18
Wilmington, De 19801-3570



AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 08-034

55

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___1___ COPIES OF AO FORM 85.

___1/16/08___  ___[signature]___
(Date forms issued)   (Signature of Party or their Representative)

___Timothy Williams___
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

\* Please Return To Clerk's Office



Timothy Williams
534 Center St.
Laurel, De 19956

WILMINGTON DE 197
18 JAN 2008 PM 1 T

Peter T. Dalleo, Clerk
United States District Court
344 King Street, LockBox 18
Wilmington, De 19801