IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY L. WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civ. No. 08-034-SLR ) |
| STATE OF DELAWARE, CORRECTIONAL MEDICAL SERVICES, NURSE DANIELLE SHOCKLEY, NURSE VICKY, WARDEN GEORGE, LT. BLAZES, SGT. MILLMEN, JUDGE PAMELA HOLLOWAY and PROBATION OFFICER LISA K. HUDSON, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

ORDER

At Wilmington this 25th day of January, 2008,

the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge